UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF KAYLA RENEA MILLER,

        Plaintiff,                          Civil Case No. 17-cv-12506
                                                  Honorable Linda V. Parker

v.

ANTHONY STEWART, *et al.*,

        Defendants.
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S VERIFIED MOTION TO EXTEND SUMMONS AS TO DEFENDANTS PAM FRIESS, TIFFANY IRIS HEATH, DOMINIQUE LINETTE REEBER-ROMERO, LPN COURTNEY PAQUETTE, LPN MICHELLE GEYMANN, AND LPN DEBBYSUE DETLOFF

Plaintiff initiated this lawsuit on August 2, 2017. On August 9, 2017, a summons was issued for all Defendants in this matter. (ECF No. 5.) Plaintiff's counsel stated that on September 5, 2017, it received a correspondence from Ericka T. Reeves, Litigation Coordinator for the Women's Huron Valley Correctional Facility, stating that they were unable to accept service for Defendants (1) Pam Friess, (2) Tiffany Iris Heath, (3) Dominique Linette Reeber-Romero, (4) LPN Courtney Paquette, (5) LPN Michelle Geymann, and (6) LPN Debbysue Detloff and returned the summons and complaints. (ECF No. 18 at Pg ID 129.) On November 21, 2017, the Court issued a Show Cause Order to Plaintiff for failure to

serve the above-named Defendants.  In response, Plaintiff filed a motion to extend the summons on November 28, 2017.  (ECF No. 18.)

Pursuant to Fed. R. Civ. P. (c) and (m), Plaintiff must serve each defendant with a copy of the summons and the complaint within 90 days after filing the complaint.  However, "if the plaintiff shows good cause for the failure [to serve each defendant], the court must extend the time for service for an appropriate period."  Fed. R. Civ. P. 4(m).  Plaintiff asserts that it "has been diligently researching the whereabouts" of the Defendants and has been unable to locate them.  (ECF No. 18 at Pg ID 130.)  Although Plaintiff recently has located Defendants Michelle Lynn Geymann and Courtney Marie Paquette, LPN, the summons expired on or about November 7, 2017.  (*Id.*)

Therefore, the Court finds Plaintiff has shown good cause to extend the summons for Defendants (1) Pam Friess, (2) Tiffany Iris Heath, (3) Dominique Linette Reeber-Romero, (4) LPN Courtney Paquette, (5) LPN Michelle Geymann, and (6) LPN Debbysue Detloff.

Accordingly,

**IT IS** ORDERED that Plaintiff's motion to extend the summons (ECF No. 18) is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff must serve Defendants (1) Pam Friess, (2) Tiffany Iris Heath, (3) Dominique Linette Reeber-Romero, (4) LPN

2

Courtney Paquette, (5) LPN Michelle Geymann, and (6) LPN Debbysue Detloff with the summons and a copy of the complaint **on or before December 28, 2017.**

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 5, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 5, 2017, by electronic and/or U.S. First Class mail.

s/ R. Loury
Case Manager